UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH LAURA CHAVEZ,<br>Plaintiff,<br>v.<br>CITY OF SEATTLE, *et al.*,<br>Defendants. | Case No. C26-2950-JHC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 6.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 6) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John H. Chun.

//

//

Dated this 17th day of September, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge