UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ELIZABETH LAURA CHAVEZ,

Plaintiff,

v.

JOHN DOE OFFICERS 1-10, et al.,

Defendants.

CASE NO. 2:26-cv-02950-JHC

**ORDER**

This matter comes before the Court sua sponte and on Plaintiff's motion for sanctions at Dkt. # 9. Because Plaintiff has not filed an amended complaint by the deadline set in the Order at Dkt. # 12, the Court DISMISSES this matter without prejudice. The Court also DENIES Plaintiff's motion for sanctions (Dkt. # 9); among other things, there is no indication in the record that Defendants were served with, or otherwise received notice of, the motion.

DATED this 8th day of October, 2026.

John H. Chun
John H. Chun
United States District Judge